**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACQUELYNE GRAHAM,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ADP TOTALSOURCE, INC. and THE LAW** | : | |
| **OFFICES OF RORY W. CLARK** | : | **No. 14-3181** |

### ORDER

AND NOW, this 17th day of June, 2015, upon consideration of plaintiff's first amended complaint (paper no. 11), defendants ADP TotalSource, Inc.'s and The Law Offices of Rory W. Clark's Motion to Dismiss the First Amended Complaint (paper no. 19), plaintiff's Response in Opposition (paper no. 23), defendants' Reply in Support (paper no. 27), and the memoranda submitted by the parties, and for the reasons stated in the accompanying Memorandum, it is

**ORDERED** that:

1.     Defendants' Motion to Dismiss the First Amended Complaint (paper no. 19) is

**GRANTED**.  The First Amended Complaint is **DISMISSED**.

2.     The Clerk of Court is directed to **CLOSE** this action.


     /s/ Norma L. Shapiro          

                                  J.